CHARLES F. KIRK, Respondent, *v.* PEERLESS CAMERA STORES, INC., Appellant.

Supreme Court, Appellate Term, First Department, February 17, 1948.

*Charles F. Kirk,* respondent in person.

*William Indursky* and *Jacob Neuthaler* for appellant.

*Per Curiam.* Plaintiff delivered the film to defendant with the knowledge that a third person would process it. Under the circumstances defendant cannot be held liable as it exercised due care in selecting the processor.

The judgment should be reversed, with $30 costs, and judgment directed for defendant, with costs.

EDER and HECHT, JJ., concur.

HAMMER, J., I dissent and vote for affirmance.

Judgment reversed, etc.